AO 93 (Rev. 11/13) Search and Seizure Warrant

**SEALED** **ISSUED** **FILED** **ORIGINAL**

JUN 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:14SW 0 0 0 2 6 GSA
Email account Knot209@yahoo.com, )
maintained, controlled, and operated by YAHOO! at )
701 First Ave, Sunnyvale, California 94089 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/25/14 @ 2:55PM  _____
*Judge's signature*

City and state: Fresno, California   Gary S. Austin, United States Magistrate Judge
*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:14 SW 000 26 GSA | 2-26-14 @ 4:40 pm | Yahoo! Kathleen Lefstad |

Inventory made in the presence of: SA Mark Lucas

Inventory of the property taken and name of any person(s) seized:

- 1 CD-R Containing account information/content for Knot209@Yahoo.com. Yahoo File # 250742

- 1 DVD-R Containing duplicate account info for Knot209@Yahoo.com. Yahoo File # 250742

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-19-14

Greg W[signature]
*Executing officer's signature*

Greg Wenning Special Agent FBI
*Printed name and title*

GSA

FEDERAL BUREAU OF INVESTIGATION

4805 SISK RD. 1ST FLOOR, SALIDA CA 95368



## FACSIMILE TRANSMITTAL SHEET

| TO: Yahoo! Inc. | FROM: SA Greg Wenning |
|---|---|
| COMPANY/DEPARTMENT: Law Enforcement Response Team | DATE: 2/26/2014  4:40 pm |
| FAX NUMBER: 408-349-7941 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| PHONE NUMBER: 408-349-5546 | SENDER'S TELEPHONE NUMBER: 209-543-3266 |
| RE: Search Warrant | YOUR REFERENCE NUMBER: SC-3128475 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Attached is a search warrant for email account knot209, which was the subject of preservation request reference #. 250572. Please direct any questions regarding the enclosed legal process to SA Greg Wenning, 209-229-6402.

Response may be provided via email to Greg.Wenning@ic.fbi.gov, via fax at 209-543-3250 or mailed to FBI Modesto, 4805 Sisk Rd., Salida, CA 95368.

Thanks,
Greg

**SA Greg Wenning**
Sacramento, Modesto RA
209-543-3266 Desk | 209-229-6402 Cell

**WARNING**
Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or the use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

The enclosed report contains neither conclusions nor recommendations of the FBI. It is the property of the FBI and is loaned to your agency; it is not to be disseminated outside your agency.



March 7, 2014

**Via Express Mail**

Special Agent Greg Wenning
Federal Bureau of Investigation
4805 Sisk Road
Salida, CA 95368

Re: Request for Information Pertaining to User Account: knot209@yahoo.com
(Internal Reference No. 250742)
(Requester's Reference No. 1:14SW00026)

Dear Special Agent Wenning:

Pursuant to a search warrant issued on February 25, 2014, in the above-referenced matter, Yahoo! Inc. ("Yahoo") conducted a diligent search for information responsive to your request, and hereby responds in accordance with state and federal law, including the Stored Communications Act, 18 U.S.C. § 2701 *et seq.*

Based upon its interpretation of the search warrant and considerable experience with requests from law enforcement and the challenges of dealing with voluminous data, Yahoo took the search warrant to be satisfied by the production of the following enclosed information regarding the user account specified in the search warrant, for the time period specified (if any), to the extent available from our system, including any information preserved in response to a request under 18 U.S.C. § 2703(f): (1) the user profile, as produced by the Yahoo Account Management Tool; (2) the dates, times, and Internet protocol addresses for logins, as produced by the Login Tracker Tool; (3) the Messenger friends list, as produced by the Yahoo Account Management Tool; (4) a snapshot of the email account contents maintained in the account; and (5) the Address Book contents. A declaration authenticating these records also is enclosed.

If you believe that the search warrant entitled you to the production of additional information, please contact Yahoo within ten calendar days of the date of this letter to explain the additional information you are seeking and the reason(s) you are entitled to it. After ten calendar days, any request for additional information may not be responded to unless accompanied by additional legal process.

To the extent any document provided herein contained information that exceeded the scope of your request, is protected from disclosure, or is otherwise not subject to production, we have redacted or otherwise removed such information. When reviewing the information provided, please note that Yahoo may not require or verify user information because it offers many of its services to users for free.

Finally, in accordance with 18 U.S.C. § 2706, Yahoo requests reimbursement in the amount of $126.60 for reasonable costs incurred in searching for, assembling, and providing information in response to your request. Payment information is provided on the attached request.

Please contact me if you have any questions.

Sincerely,

Kathleen Lefstad
Legal Compliance Assistant
408-336-0178
408-349-7941

Enclosure

## BUSINESS RECORDS DECLARATION

Request for information regarding: )            **DECLARATION OF**
knot209@yahoo.com )                              **KATHLEEN LEFSTAD**
                                     )

I, Kathleen Lefstad, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in response to a search warrant dated February 25, 2014 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto is 1 CD-R/DVD-R that contains true and correct copies of the following data pertaining to the user account identified in the request: (1) the user profile, as produced by the Yahoo! Account Management Tool; (2) the dates, times, and Internet protocol addresses for logins; (3) the Messenger friends list, as produced by the Yahoo! Account Management Tool; (4) a snapshot of the email account contents maintained in the account; and (5) the Address Book contents. Yahoo's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Yahoo may not require or verify user information because it offers many of its services to users for free.

3. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: _March 7, 2014_                          _[signature]_
                                                Kathleen Lefstad, Custodian of Records

Internal reference number: 250742



April 25, 2014

*Via Express Mail*

Special Agent Greg Wenning
Federal Bureau of Investigation
4805 Sisk Road
Salida, CA 95368

    Re:    Request for Information Pertaining to User Account: knot209@yahoo.com
           (Internal Reference No. 250742)

Dear Special Agent Wenning:

Per your request, enclosed is a replacement CD-R of the following information originally produced to you on March 7, 2014 in response to the search warrant issued in the above-referenced matter on February 25, 2014, including any information preserved in response to a request under 18 U.S.C. § 2703(f): (1) the user profile, as produced by the Yahoo Account Management Tool; (2) the dates, times, and Internet protocol addresses for logins (if any), as produced by the Login Tracker Tool; (3) the Messenger friends list, as produced by the Yahoo Account Management Tool; (4) a snapshot of the email account contents maintained in the account; and (5) the Address Book contents.

To the extent any document provided herein contained information that exceeded the scope of your request, is protected from disclosure, or is otherwise not subject to production, we have redacted or otherwise removed such information. When reviewing the information provided, please note that Yahoo may not require or verify user information because it offers many of its services to users for free.

Sincerely,

Kathleen Lefstad
Legal Compliance Assistant
408-336-0178 (P)

Enclosure



475 Sansome Street, 9th Floor • San Francisco, CA 94111 • phone 415 913-2000 • fax 415 913-2001   **yahoo.com**